David ROSSER–EL, Sultan; Edna Gorham–Bey; United States Moorish–American Nation, Incorporated, District of Columbia, a non-profit corporation; Anita E. Belle, Plaintiffs–Appellants,

v.

UNITED STATES of America; United Kingdom; Nation of Germany; Nation of Portugal; Nation of Spain; Nation of Italy; Nation of France; Holy See; Nation of Denmark; Juan Carlos, I, King of Spain, as beneficiary of the Estate of Isabel I and Ferdinand I; Elizabeth, II of the United Kingdom; Crown of London; Nation of The Netherlands; Nation of Belgium; Mother Supreme (Masonic) Council of the World; United States Department of Justice; Sovereign Military Order of Malta; Federal Reserve Bank of New York; International Monetary Fund; World Bank; George H.W. Bush; George W. Bush; Russell Trust, a/k/a Yale University Order of Skull and Bones, Brotherhood of Death, of (Illuminati) Chapter 322; Robert Gallo; Litton Industries, Inc., d/b/a Northrop Grumman Corporation; The World Health Organization; Unknown Defendants, Defendants–Appellees.

No. 02–1627.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 2, 2002.

Decided Nov. 6, 2002.

David Rosser–El, Edna Gorham–Bey, Anita E. Belle, Appellants Pro Se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Appellants appeal the district court's order dismissing their complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Rosser–El v. United States*, No. CA–02–293–AW (D. Md. filed Apr. 2, 2002, entered Apr. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*